IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00225-AP
_____

ROGER VIGIL, JR.,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

JOINT CASE MANAGEMENT PLAN
_____

1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Michael Desaulnier, Esq. | John F. Walsh |
| 402 W. 12th Street | United States Attorney |
| Pueblo, Colorado 81003 | |
| 719-543-8636 | Kevin T. Traskos |
| seckarlaw@mindspring.com | Deputy Civil Chief |
| | United States Attorney's Office |
| | District of Colorado |
| | |
| | WILLIAM G. PHARO |
| | United States Attorney Office |
| | District of Colorado |
| | |
| | Michael Howard |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 17th St. |
| | Denver, Colorado 80202 |
| | (303) 844-7192 |
| | Michael.howard@ssa.gov |

2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. ' 405(g).

3.     DATES OF FILING OF RELEVANT PLEADINGS

    A. Date Complaint was filed: January 27, 2011

    B. Date Complaint was served on U.S. Attorney's Office: March 11, 2011

    C. Date Answer and Administrative Record were filed: May 6, 2011

4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.     STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

6.     STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.     OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

8.     PROPOSED BRIEFING SCHEDULE

The parties respectfully request the following briefing schedule

    A. Plaintiff's opening brief due: **July 13, 2011**

    B. Defendant's response brief due: **August 15, 2011**

    C. Plaintiff's reply brief (if any) due: **August 30, 2011**

9.  STATEMENTS REGARDING ORAL ARGUMENT

    A.  Plaintiff does not request oral argument.
    B.  Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PRROF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 1st day of June, 2011.

                                                  **s/John L. Kane**
                                                  U.S. DISTRICT COURT JUDGE

APPROVED:

 s/Michael A. Desaulniers                   JOHN F. WALSH  
Michael A. Desaulniers, Esq.          United States Attorney  
402 W. 12th Street  
Pueblo, Colorado 81003                KEVIN T. TRASKOS  
719-543-8636                               Deputy Civil Chief  
seckarlaw@mindspring.com           United States Attorney's Office  
                                                  District of Colorado

                                                  WILLIAM G. PHARO  
                                                  United States Attorney Office  
                                                  District of Colorado


                                                  s/Michael Howard  
                                                  Michael Howard  
                                                  Special Assistant United States Attorney  
                                                  Office of the General Counsel  
                                                  Social Security Administration  
                                                  1001 17th St.  
                                                  Denver, Colorado 80202  
                                                (303) 844-7192  
                                                Michael.howard@ssa.gov