**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  11-cv-00225-WJM

ROGER VIGIL, JR.,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR ATTORNEY'S FEES**

---

This matter is before the Court on the parties Stipulated Motion for Award of Attorney's Fees Pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412 (ECF No. 23).  The Court having reviewed the Motion, and the applicable Record, and being fully advised hereby ORDERS as follows:

The parties' Stipulated Motion is GRANTED.  The Defendant is to pay Plaintiff, through counsel, reasonable attorney's fees and expenses in the amount of $5,620.25.

It is FURTHER ORDERED, that the Motion for Award of Attorney's Fees filed on September 25, 2012 (ECF No. 21) is DENIED as MOOT.

Dated this 17th day of October, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge